UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY CHASE, III, | No. 1:25-cv-00349 GSA (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S NON-PRISONER IN FORMA PAUPERIS APPLICATION |
| v. | |
| COALINGA STATE HOSPITAL, et al., | (ECF No. 4) |
| Defendants. | |

Plaintiff, an individual proceeding pro se who appears to be civilly committed,[1] seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C.§ 1915(a). ECF No. 4. Accordingly, the request to proceed in forma pauperis will be granted.

As a civil detainee, Plaintiff is not a prisoner within the meaning of the Prison Litigation Reform Act. See Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000). Therefore, he is not required to provide a copy of a prisoner trust fund account statement, nor is he required to exhaust administrative remedies. Id. However, if, at any point during these proceedings, Plaintiff's civil

---

[1] According to Plaintiff's complaint, he is currently incarcerated at Coalinga State Hospital. See ECF No. 1 at 1 (Plaintiff's address on cover page of complaint).

1

1 | detainee status changes, he may become subject to these requirements, and/or he may be required
2 | to file a new application to proceed in forma pauperis.
3 |     Accordingly, IT IS HEREBY ORDERED that Plaintiff's application to proceed in forma
4 | pauperis (ECF No. 4) is GRANTED.

IT IS SO ORDERED.

Dated:   **May 2, 2025**              **/s/ Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE